UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Proceeding |
| | ) | |
| **VLADIMIR I. FARBER,** | ) | **Case No. 07 B 05590** |
| | ) | |
| DEBTOR. | ) | HONORABLE A. BENJAMIN GOLDGAR |

### ORDER EXTENDING TIME TO FILE MOTION TO DISMISS UNDER § 707(b)

This cause coming to be heard on the motion of the United States Trustee for an extension of time to file a motion to dismiss under § 707(b), due notice having been given:

**IT IS HEREBY ORDERED** that the last day to file a motion to dismiss under § 707(b) is extended through and including December 3, 2007. *FINAL EXTENSION*.

DATED: OCT 26 2007

A. BENJAMIN GOLDGAR
UNITED STATES BANKRUPTCY JUDGE